June 8, 1972

Bruce *v.* Bruce, Appellant.

Argued April 10, 1972. *Paul A. Simmons,* with him *Hormell, Tempest, Simmons, Bigi and Melenyzer,* for appellant;

*Melvin B. Bassi*, with him *Woodward and Bassi*, for appellee.

OPINION PER CURIAM: Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.